THE CITY OF NEW YORK, Respondent, *v.* CASTLE BRAID COMPANY, Appellant.

*City of New York* v. *Castle Braid Co.*, 92 App. Div. 622, affirmed.
(Argued March 8, 1906; decided March 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 25, 1904, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court subject to its opinion and an order denying a motion for a new trial.

*Joseph M. Proskauer, Jacob A. Cantor* and *John M. Stearns* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WILLARD BARTLETT and HISCOCK, JJ. Absent: WERNER, J.

---

CARRIE LOUSHAY, as Administratrix of the Estate of ADELBERT E. LOUSHAY, Deceased, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

*Loushay* v. *Erie R. R. Co.*, 95 App. Div. 102, affirmed.
(Argued March 8, 1906; decided March 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 7, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*William Vanamee, Abram F. Servin* and *Thomas Watts* for appellant.

*Henry Bacon* and *Joseph Merritt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WILLARD BARTLETT and HISCOCK, JJ. Absent: WERNER, J.